FILED
RICHARD W. NAGEL
CLERK OF COURT

December 7, 2020 4:00P

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

IN RE:                                          :    CASE NO. C-1-93-436

SOUTHERN OHIO CORRECTIONAL    :    CHIEF JUDGE ALGENON L. MARBLEY
FACILITY

                                     :    JOINT MOTION RE CLASS COUNSEL
                                          CASE MATERIALS

## JOINT MOTION

Counsel for the parties jointly move for an order continuing the protective orders in the above case until one year after the last of the following cases and all related appeals are closed and finally completed:

*Were v. Warden Ohio State Penitentiary* (1:10-cv-00698)

*Skates v. Warden Mansfield Correctional Institution* (3:09-cv-00289)

*Robb v. Ishee* (2:02-cv-00535)

*Hasan v. Ishee* (1:03-cv-00288)

*Lamar v. Warden Ohio State Penitentiary* (1:04-cv-00541)

Specifically, counsel jointly move that Plaintiff Class Counsel be permitted to donate his case materials to The University of Cincinnati, Archive and Rare Books Library, Urban Studies Collections. The materials covered by the protective orders which are included in the donation shall remain sealed until such time that the protective orders expire under the terms of this order. Class counsel shall not retain anyone's medical records which shall be destroyed at the time of the donation. This motion also seeks to permit donation of the trial presentation notes, exhibits and transcript from the summary jury trial conducted in this matter. A proposed order is attached.

1

**<u>MEMORANDUM</u>**

This class action arose from the Lucasville prison riot which began on Easter Sunday, 1993.  The members of the class were the inmate victims of the riot.  Based on conduct during the riot certain inmates who were not members of the class committed acts which resulted in criminal convictions.  Five of those individuals have active habeas cases:

*Were v. Warden Ohio State Penitentiary* (1:10-cv-00698)

*Skates v. Warden Mansfield Correctional Institution* (3:09-cv-00289)

*Robb v. Ishee* (2:02-cv-00535)

*Hasan v. Ishee* (1:03-cv-00288)

*Lamar v. Warden Ohio State Penitentiary* (1:04-cv-00541)

The parties recognize the historical value of class counsel's case files, including the summary jury trial materials.  The Lucasville riot was the longest and third most deadly prison riot in history of the United States.  Class counsel is in the process of merging his firm with a new firm and must find a new safe and secure location for the storage of the many boxes of material related to this case.  Class counsel is already donating many of the case materials from his other civil rights cases to the University of Cincinnati, Archives and Rare Books Library, Urban Studies Collection, which is an established repository for historical materials.

The parties have conferred and addressed the issue of ongoing protective orders.  Some of the material covered by the protective orders includes medical records.  They have agreed that Class counsel will destroy all the medical records covered by the protective orders.  They have agreed that other material covered by the protective orders shall be physically moved to the Archive but remain sealed until one year after the last of the following cases and all related appeals are closed and finally completed:

*Were v. Warden Ohio State Penitentiary* (1:10-cv-00698)

*Skates v. Warden Mansfield Correctional Institution* (3:09-cv-00289)

*Robb v. Ishee* (2:02-cv-00535)

*Hasan v. Ishee* (1:03-cv-00288)

*Lamar v. Warden Ohio State Penitentiary* (1:04-cv-00541)

Class Counsel would, however, be permitted to donate his trial presentation notes, exhibits and transcript from the summary jury trial conducted in this matter. A proposed order is attached.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Alphonse A. Gerhardstein*
Alphonse A. Gerhardstein (0032053)
Class Counsel
Gerhardstein & Branch, Co., L.P.A.
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
Tel. (513) 621-9100
Fax (513) 345-5543
agerhardstein@gbfirm.com
*Counsel for Plaintiffs*

*/s/ Bridget E. Coontz*
BRIDGET E. COONTZ (0072919)
Section Chief
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 Fax: 614-728-7592
bridget.coontz@ohioattorneygeneral.gov
*Counsel for Defendants*

*/s/ Charles A. Schneider*
CHARLES A. SCHNEIDER (0005821)
Section Chief
Criminal Justice Section
150 E Gay Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-995-3267 Fax: 866-523-8127
Charles.Schneider@ohioattorneygeneral.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice

3

of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has

not yet entered an appearance electronically.

/s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein (0032053)