IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

December 7, 2020 4:00P

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN RE:

SOUTHERN OHIO CORRECTIONAL
FACILITY

: Case No. C-1-93-436
:
: CHIEF JUDGE ALGENON L. MARBLEY
:
:
:

## ORDER

This matter is before the Court on a joint motion from the parties requesting the Court to continue the protective orders that were previously issued in the above case until one year after the last of the following cases and all related appeals are closed: *Were v. Warden Ohio State Penitentiary*, No. 1:10-cv-00698 (S.D. Ohio); *Skates v. Warden Mansfield Correctional Institution*, No. 3:09-cv-00289 (S.D. Ohio); *Robb v. Ishee*, No. 2:02-cv-00535 (S.D. Ohio); *Hasan v. Ishee*, No. 1:03-cv-00288 (S.D. Ohio); and *Lamar v. Warden Ohio State Penitentiary*, No. 1:04-cv-00541 (S.D. Ohio). The parties also jointly request the Court to approve Class Counsel Alphonse A. Gerhardstein's plan to donate his litigation materials from this matter to the University of Cincinnati, Archives and Rare Books Library, Urban Studies Collection.

The Court hereby **GRANTS** the motion. The protective orders in the above case shall remain in place until one year after the last of the cases listed above and all related appeals are closed. Once the protective orders are lifted, Mr. Gerhardstein is permitted to donate his trial presentation notes, exhibits, and the transcript from the summary jury trial conducted in this matter to the University of Cincinnati. All medical records included in the materials covered by the protective orders must be destroyed before the case materials are donated.

2

IT IS SO ORDERED.

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 7, 2020